IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES H. MEANS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: |
|  | ) 2:17-CV-1523-JEO |
| **HARTFORD LIFE AND** | ) |
| **ACCIDENT INSURANCE COMPANY,** | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Charles H. Means ("Plaintiff"), and Defendant Hartford Life and Accident Insurance Company ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 26th day of September, 2018.

BURKE HARVEY LLC

By: _____
Peter H. Burke
3535 Grandview Parkway, Ste. 100
Birmingham, AL  35243

Attorney for Plaintiff

MAYNARD, COOPER & GALE, P.C.

By: _____
William B. Wahlheim, Jr.

By: _____
Grace Robinson Murphy

By: _____
Grace J. Posey
1901 Sixth Avenue No, Ste 2400
Birmingham, AL  35203-2618

Attorneys for Defendant