# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CHARLES H. MEANS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:17-cv-1523-JEO |
| HARTFORD LIFE AND ACCIDENT INSURANCE CO., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

A joint stipulation of dismissal, signed by all parties who have appeared, has been filed in this action. (Doc. 20). It is hereby **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DATED** this 28th day of September, 2018.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge